IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | |
| MACDONALD HIGHWAY 6 NO. 2 LIMITED PARTNERSHIP, | § | Case No. 4:24-CV-02437 |
| | § | |
| | § | |
| Defendant | § | |

**NOTICE OF SETTLEMENT**

Please take Notice that the undersigned parties have settled this case.

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: *Steven A. Leyh*

Steven A. Leyh
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395
Email: leyh@hooverslovacek.com

**ATTORNEY FOR MACDONALD HIGHWAY 6 NO. 2 LIMITED PARTNERSHIP**

**SCHAPIRO LAW GROUP, P.L.**

By: */s/ Douglas S. Schapiro* (*signed by permission*

Douglas S. Schapiro
7301-1 W. Palmetto Park Road. #100A
Baca Raton, Florida 33433
Telephone: (561) 807-7388

Facsimile:
Email: schapiro@schapirolawgroup.com

**ATTORNEY FOR KIRK MACKEY**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record on February 5, 2025 via electronic service pursuant to the ~~Texas~~ Federal Rules of Civil Procedure.

***Via: E-File Service***
Douglas Steven Schapiro
Schapiro Law Group PL
7301-A W. Palmetto Park Road #100A
Boca Raton, Florida 33433

By: *Steven A. Leyh*
Steven A. Leyh