IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:24-CV-02437 |
| MACDONALD HIGHWAY 6 NO. 2 LIMITED PARTNERSHIP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIRK MACKEY and Defendant, MACDONALD HIGHWAY 6 NO. 2 LIMITED PARTNERSHIP, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, MACDONALD HIGHWAY 6 NO. 2 LIMITED PARTNERSHIP, and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 9th day of February 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*____________

Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s Steven Leyh*
Steven Leyh, Esq.
State Bar No. 12318300
HooverSlovacek LLP
5051 Westheimer, Suite 1200
Houston, TX 77056
Tel: (713) 977-8686
Email: leyh@hooverslovacek.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479