United States District Court
Southern District of Texas
**ENTERED**
February 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02437 |
| | § | |
| MACDONALD HIGHWAY 6 NO. 2 | § | |
| LIMITED PARTNERSHIP, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with the Joint Stipulation of Dismissal with Prejudice filed February 9, 2025, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, MACDONALD HIGHWAY 6 NO. 2 LIMITED PARTNERSHIP, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED.

SIGNED on February 14, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge